UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, )<br>                                       )<br>       Plaintiff,       )<br>                                       )<br>      v.              )<br>                                       )<br>GORDON ENGLAND, Secretary,  )<br>Department of the Navy,      )<br>                                       )<br>      Defendant.     )<br>_____) | Civil Action Nos. 04-1733, 04-1734,<br>05-239, 05-271, and 05-2251 (HHK) |

**ORDER**

UPON CONSIDERATION of Defendant's Consolidated Motion to Dismiss or Transfer Venue, his memorandum of points and authorities in support thereof, and Plaintiff's Opposition thereto and any reply, and the record herein, it is this _____ day of _____, 2006,

ORDERED that the Defendant's Motion be, and is hereby, DENIED, and it is

FURTHER ORDERED that that Civil Actions 04-1733, 04-1734, 05-239, 05-271 and 05-2251 be, and hereby are, ordered to remain with this Court.

_____
Henry H. Kennedy
United States District Court Judge

1