UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY,         )<br>                                                        )<br>          Plaintiff,                         )<br>                                                        )<br>    v.                                               )<br>                                                        )<br>GORDON ENGLAND, Secretary, )<br>Department of the Navy,              )<br>                                                        )<br>          Defendant.                       )<br>_____) | Civil Action Nos. 04-1733, 04-1734,<br>05-239, 05-271, and 05-2251(HHK) |

### AFFIDAVIT OF BARBARA A. JYACHOSKY

1.      My name is Barbara A. Jyachosky. I have been an employee of the federal government (from age 17), for over 40 years, from June 1961 until August 2004, except for about a three-year period when I put myself through the University of Maryland, and graduated in the Class of 1968.

2.      I was an employee of the Naval Sea Systems Command (NAVSEA), Department of the Navy, from June 19, 1969 until my forced retirement on August 3, 2004. I performed the functions of a Public Affairs Officer, and later as Director, congressional, Public Affairs, Audits, Investigations, and Freedom of Information Act, and eventually attained a GS-15 level.

3.      I have brought five civil actions against the Department of the Navy for employment discrimination based on my age, sex, national origin, as well as complaints of retaliation and hostile work environment that I have endured in the last decade of my employment at NAVSEA and PEO Ships. All five complaints were filed by me before this Honorable Court-- 04-1733, 04-1734, 05-239, 05-271, and 05-2251.

1

4. I believe that pertinent employment records relevant to my complaints of employment discrimination are located at the Washington Navy Yard, Washington, D.C. with an: (i). agency attorney (Ms. Nanette Oppenheimer (NAVSEA OOL)); (ii). Personnel Officer, Program Executive Officer (PEO) for Ships (where I formerly worked); (iii). Administrative Officer for the Commander, NAVSEA, and (iv). NAVSEA Comptroller (SEA 01) personnel.

5. As per my knowledge and information, traditionally, PEO personnel officers keep duplicate copies of what is provided to NAVSEA's Administrative Officer, such as performance and monetary awards, and time and attendance records, among others.

6. As per my knowledge and information, Ms. Oppenheimer has been the agency's lead and sole attorney involved in Civil Actions 04-1733 and 04-1734. Ms. Oppenheimer has accumulated boxes of files over the past eight years related to 04-1733 and 04-1734, in addition to 05-239, 05-271, and 05-2251. Such files include transcripts of testimony, performance and monetary awards, e-mails, official correspondence, time and attendance reports, among others.

7. In addition, it is my understanding and belief that NAVSEA's Comptroller Directorate (SEA 01), Washington Navy Yard, would have my time and attendance records because of traditional multiple filing procedures among NAVSEA directorates.

8. It is also my understanding, knowledge and belief that the records held in St. Louis, Missouri apply mostly to my official notices of hiring among federal agencies, promotions, within-grade increases, and award and training certificates, since I began working with the federal government in June 1961, at a GS-3. These records have little

to do with the discrimination, retaliation, and harassment that I suffered from my NAVSEA male supervisors and senior managers.

9.  In conclusion, it is my belief, based on my knowledge and information gathered over the years, that my employment records pertinent and appropriate to the discriminatory employment practices of the Department of the Navy are located at NAVSEA, Washington Navy Yard, in Washington, D.C. Such employment records are administered and maintained by the above-stated parties, and would be more comprehensive than those found in St. Louis, Missouri.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge, understanding and belief.

_1-5-06_
DATE

_Barbara A. Jyachosky_
BARBARA A. JYACHOSKY

3