UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2251 (HHK) |
| | ) |
| DONALD WINTER, Secretary, | ) |
| Department of the Navy, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Transfer Venue, his memorandum of points and authorities in support thereof, any opposition thereto and any reply, and the record herein, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, this case be, and hereby is, transferred to the District Court for the Eastern District of Virginia.

_____
HENRY H. KENNEDY
United States District Court Judge

cc:   By ECF