UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA A. JYACHOSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 05-239, 05-271, |
| | ) | and 05-2251 (HHK) |
| DONALD WINTER, Secretary, | ) | |
| Department of the Navy, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S CONSOLIDATED CONSENT MOTION
## TO EXTEND RESPONSE DEADLINES

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant Donald Winter,
Secretary of the Department of the Navy ("Defendant"), through counsel, hereby moves to
enlarge the time within which he may respond to Plaintiff's complaints in Civil Actions 05-239,
05-271, and 05-2251.  In support of this motion, Defendant respectfully refers the Court to the
attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendant's counsel has consulted with Plaintiff's counsel
concerning this motion.  Plaintiff consents to the relief requested.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA A. JYACHOSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 05-239, 05-271, |
| | ) | and 05-2251 (HHK) |
| DONALD WINTER, Secretary, | ) | |
| Department of the Navy, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSOLIDATED CONSENT MOTION TO EXTEND RESPONSE DEADLINES

1.      On November 15, 2005, Defendant responded to the complaints in Civil Actions

04-1733, 04-1734, 05-239, and 05-271 by filing a Consolidated Motion to Dismiss or Transfer

Venue ("Consolidated Motion"). With respect to 04-1733 and 04-1734, Defendant's

Consolidated Motion sought to dismiss the cases for improper venue, or in the alternative, to

have the cases transferred to the Eastern District of Virginia. With respect to 05-239 and 05-271,

Defendant's consolidated motion sought to have the cases transferred to the Eastern District of

Virginia solely on the ground of *forum non conveniens*. On December 20, 2005, Plaintiff filed an

opposition to Defendant's Consolidated Motion. Defendant's reply is due January 24, 2006.

2.      On November 22, 2005, Plaintiff served her complaint in 05-2251 on the U.S.

Attorney's Office. On January 11, 2006, Defendant moved to transfer 05-2251 to the Eastern

District of Virginia—again, solely on the ground of *forum non conveniens*.

3.      Because Defendant's motions to transfer venue with respect to 05-239, 05-271,

and 05-2251 are not among the dispositive motions listed in Fed. R. Civ. P. 12(b), they do not

toll Defendant's time for responding to the complaints by answer or dispositive motion. See Fed.

R. Civ. P. 12(a)(4)(A).[1]  At the same time, for purposes of judicial economy, the outstanding motions to transfer venue should be resolved before Defendant proceeds to answer or brief a dispositive motion in this Court.  Accordingly, Defendant respectfully requests that he not be required to answer or file a dispositive motion with respect to the complaints in 05-239, 05-271, and 05-2251 unless the Court denies the pending motions to transfer venue; should the Court do so, Defendant would request 10 days from notice of the Court's ruling within which to respond to the complaints.

4.    By operation of Fed. R. Civ. P. 12(a)(4)(A), Defendant is not required to answer or file a dispositive motion with respect to 04-1733 and 04-1734 unless the Court denies the Consolidated Motion.  Should the Court deny that motion, Defendant will have 10 days from notice of the ruling to respond to the complaints in 04-1733 and 04-1734.  Thus, the requested extension with respect to 05-239, 05-271, and 05-2251 also would serve judicial economy by fixing the same provisional responsive deadline for all five complaints.

5.    Plaintiff consents to the requested extension.

6.    The requested extension should not affect the status conference scheduled for Friday, January 27, 2006.

WHEREFORE, Defendant respectfully requests that his deadline for answering or filing a dispositive motion with respect to Plaintiff's complaints in Civil Actions 05-239, 05-271, and 05-2251 be extended until 10 days after any denial of the pending motions to transfer venue.

---

[1] The undersigned did not realize this until two days ago, when he filed the motion to transfer venue in 05-2251; otherwise, he would have sought this extension with respect to 05-239 and 05-271 at the time he filed the Consolidated Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney