UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos. 05-239, 05-271, |
| ) | and 05-2251 (HHK) |
| DONALD WINTER, Secretary, ) | |
| Department of the Navy, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consolidated Consent Motion to Extend Response Deadlines, his memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall not be required to answer or file a dispositive motion with respect to Plaintiff's complaints in Civil Actions 05-239, 05-271, and 05-2251 unless the Court denies the outstanding motions to transfer venue. Should the Court deny those motions, Defendant shall respond to the complaints by answer or dispositive motion within 10 days of notice of the Court's ruling.

_____
HENRY H. KENNEDY
United States District Court Judge

cc:     By ECF