UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Nos. 05-2251 (HHK) |
| DONALD WINTER, Secretary, | ) |
| Department of the Navy, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

UPON CONSIDERATION of Defendant's Motion to Transfer Venue, his memorandum of points and authorities in support thereof, and Plaintiff's Opposition thereto and any reply, and the record herein, it is this _____ day of _____, 2006,

ORDERED that the Defendant's Motion be, and is hereby, DENIED, and it is

FURTHER ORDERED that that Civil Action 05-2251 be, and hereby is, permitted to remain with this Court.

_____
Henry H. Kennedy
United States District Court Judge