UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA A. JYACHOSKY, )
)
    Plaintiff, )
)
v. ) Civil Action Nos. 04-1733, 04-1734,
) 05-239, 05-271 and 05-2251 (HHK)
DONALD WINTER, Secretary, )
Department of the Navy, )
)
    Defendant. )
_____)

### DECLARATION OF WILLIAM D. MCCAFFERTY

I, William D. McCafferty, do hereby declare as follows:

1. I am the Director of the Command Human Resources/EEO Division of the Naval Sea Systems Command (NAVSEA), Washington Navy Yard, Washington, D.C. I have held this position since October 1999.

2. I am familiar with the system by which employment records of NAVSEA headquarters employees are maintained.

3. Official copies of employee performance appraisals are maintained by the Human Resources/EEO Division, NAVSEA, at the Washington Navy Yard.

4. Official copies of performance and monetary awards are maintained in employees' official personnel folders (OPF).

5. Official copies of time and attendance records are maintained by the Defense Finance and Accounting Service (DFAS) in Charleston, South Carolina. DFAS has been located in South Carolina since June 2002. Previously, DFAS was located in Pensacola, Florida between at least August 1994 and June 2002.



EXHIBIT 1

I declare under penalty of perjury that the foregoing is true and correct.

19 January 2006
DATE

_____
WILLIAM D. MCCAFFERTY