UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA A. JYACHOSKY, )
)
    Plaintiff, )
)
v. )  Civil Action Nos. 04-1733, 04-1734,
)  05-239, 05-271 and 05-2251 (HHK)
DONALD WINTER, Secretary, )
Department of the Navy, )
)
    Defendant. )
_____)

## DECLARATION OF NANETTE L. OPPENHEIMER

I, Nanette L. Oppenheimer, do hereby declare as follows:

    1.    I am an attorney for the Naval Sea Systems Command (NAVSEA), Department of the Navy, Washington Navy Yard, Washington, D.C. NAVSEA is a component of the Department of the Navy. The Secretary of the Navy is headquartered at the Pentagon in Arlington, Virginia.

    2.    I was NAVSEA's counsel of record for the EEO administrative proceedings Plaintiff pursued before initiating the instant civil actions.

    3.    Between January 11, 2006, and January 18, 2006, I spoke by telephone with the following individuals: Captain Thomas, USN (retired); Captain Peterson, USN (retired); Rear Admiral Cobb, USN (retired); and Vice Admiral Balisle, USN (retired). I communicated by email with Rear Admiral Lengerich, USN (retired). Each stated to me that he currently resides in Virginia. Captain Thomas resides in Fairfax, Virginia. Captain Peterson resides in Springfield, Virginia. Rear Admiral Cobb resides in Herdon, Virginia. Rear Admiral Lengerich resides in Arlington, Virginia. Vice Admiral Balisle resides in Falls Church, Virginia.


EXHIBIT 2

4. On January 12, 2006, I spoke by telephone with Captain Mairano, USN (retired). He told me that he currently resides in Alabama. Also on January 12, 2006, I spoke with Ms. Susan Murphy, a current NAVSEA employee and former secretary to Pete Brown. Ms. Murphy told me that Mr. Brown has retired from federal service and currently resides in North Carolina.

5. Pete Krukar retired several years ago from NAVSEA. When he retired, he moved to Florida. I have not heard from Mr. Krukar since he retired, and I am not aware if he still resides in Florida.

6. Rear Admiral Charles Hamilton and Alan Weyman are current NAVSEA employees at the Washington Navy Yard. Alan Weyman resides in Maryland. Rear Admiral Hamilton resides in Woodbridge, Virginia.

7. Rear Admiral George Hutching was the decision-maker regarding Plaintiff's promotion to GS-15. He is retired and currently resides in Florida.

I declare under penalty of perjury that the foregoing is true and correct.

1/24/06
DATE

NANETTE L. OPPENHEIMER