UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1733 (HHK) |
| | ) Civil Action No. 04-1734 (HHK) |
| DONALD WINTER, Secretary, | ) Civil Action No. 05-239 (HHK) |
| Department of the Navy, | ) Civil Action No. 05-271 (HHK) |
| | ) Civil Action No. 05-2251 (HHK) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE STATUS HEARING**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Barbara A. Jyachosky, through counsel, hereby moves to continue the status hearing scheduled for April 28, 2006 to another convenient date to be set by this Honorable Court, preferably sometime after May 19, 2006. In support of this motion, Plaintiff respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Plaintiff's counsel has consulted with Defendant's counsel concerning this motion. Defendant consents to the relief requested.

Respectfully submitted,

*Pat Cresta Savage*

PAT CRESTA SAVAGE
D.C. Bar #459058
601 A Indiana Ave., NW, Suite 103,
Washington, D.C. 2004
Attorney for Plaintiff Barbara A. Jyachosky

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1733 (HHK) |
| | ) Civil Action No. 04-1734 (HHK) |
| DONALD WINTER, Secretary, | ) Civil Action No. 05-239 (HHK) |
| Department of the Navy, | ) Civil Action No. 05-271 (HHK) |
| | ) Civil Action No. 05-2251 (HHK) |
| Defendant. | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF

## PLAINTIFF'S CONSENT MOTION TO CONTINUE STATUS HEARING

1. The Status Hearing in these cases has been scheduled for April 28, 2006.

2. Plaintiff's Counsel has been appointed as the "duty day attorney" on this same day at the U.S. District Court for the District of Maryland in Baltimore, and will therefore not be present in Washington, D.C. on this day.

3. Plaintiff's Counsel has telephonically communicated this scheduling difficulty to the Honorable Judge's scheduling clerk during the past week.

4. Plaintiff's Counsel has also communicated with and obtained the consent of Defendant's Counsel to continue the original status hearing for another date set by this Court, preferably sometime after May 19, 2006.

5. The following pleadings are before this Honorable Court at the present time: Defendants Motions to Transfer Venue and Plaintiff's Opposition Memorandum to the said Motions. The parties await a ruling on these motions by this Honorable Court.

6. Plaintiff states that no prejudice will be caused to either party by a short continuance of the status hearing.

WHEREFORE, Plaintiff respectfully requests that her Motion to Continue the Status Hearing scheduled for April 28, 2006 be granted, and a another date be re-set for sometime after May 19, 2006.

Respectfully submitted,

*Pat Cresta Savage*

PAT CRESTA SAVAGE
D.C. Bar #459058
601 A Indiana Ave., NW, Suite 103,
Washington, D.C. 2004
Attorney for Plaintiff Barbara A. Jyachosky