UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1733 (HHK) |
| | ) Civil Action No. 04-1734 (HHK) |
| DONALD WINTER, Secretary, | ) Civil Action No. 05-239 (HHK) |
| Department of the Navy, | ) Civil Action No. 05-271 (HHK) |
| | ) Civil Action No. 05-2251 (HHK) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff Barbara A. Jyachosky's Consent Motion to Continue the Status Hearing scheduled for April 28, 2006, and the record herein, it is this _____ day of _____, 2006,

**ORDERED** that Plaintiff's Consent Motion to Continue the Status Hearing scheduled for April 28, 2006 is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Status Hearing in Civil Action Nos. 04-1733, 04-1734, 05-239, 05-271 and 05-2251 scheduled for April 28, 2006 is continued to _____, 2006.

_____
Henry H. Kennedy
United States District Court Judge

Copies by ECF: