UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2251 (HHK) |
| GORDON ENGLAND, SECRETARY, DEPARTMENT OF THE NAVY, | ) |
| Defendant. | ) |

**NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE**

The Clerk of Court will please **enter** the appearance of Assistant United States Attorney Rhonda C. Fields as government counsel in this action and **withdraw** the appearance of Assistant United States Attorney Stratton C. Strand.

Respectfully submitted,

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

/s/
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-6970