UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA A. JYACHOSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD C. WINTER,<br><br>    Defendant. | Civil Action 04-01733(HHK)<br>04-01734 (HHK)<br>05-00239 (HHK)<br>05-00271 (HHK)<br>05-02251 (HHK) |

### ORDER OF TRANSFER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 29th day of June, 2006, hereby

**ORDERED** that cases 04-cv-1733, 04-cv-1734, 05-cv-239, 05-cv-271, and 05-cv-2251 shall be transferred to the United States District Court for the Eastern District of Virginia. The clerk shall take all necessary steps to effectuate the transfer promptly.

                 Henry H. Kennedy, Jr.
                 United States District Judge